Keystone Garment Company, appellant, v. Northern Trust Company and Julia Gottman, appellees. Gen. No. 39,989.

Opinion filed June 29, 1938. Rehearing denied July 12, 1938.
Meyer A. Ginsburg, for appellant. Peabody, Westbrook, Watson & Stephenson and Malcolm McKerchar, for certain appellee; Joseph Mc-Cormack, of counsel.
Mr. Justice Denis E. Sullivan delivered the opinion of the court.

C. V. Gawne, also known as Clara V. Gawne, appellant, v. H. A. Gundling, appellee. Gen. No. 40,042.

Opinion filed June 30, 1938.
Rehearing denied July 12, 1938.
Charles J. Trainor, for appellant. Levisohn & Levisohn, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

Hodgson Foundry Company, appellee, v. Auto Radiator Manufacturing Company, appellant. Gen. No. 40,067.

Opinion filed June 30, 1938. Rehearing denied July 12, 1938.
A. S. Frankenstein, for appellant. James J. Shepro, for appellee; Sam F. Fink, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.